# ELSOM v. BONNER.

---

### PATENTS; INTERFERENCE.

This case is governed by the decision of the Court in *Elsom* v. *Bonner, ante,* 230.

No. 1086. Patent Appeals. Submitted January 10, 1917. Decided March 12, 1917.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference proceeding.          *Affirmed.*

The facts are stated in the opinion.

*Mr. A. E. Parsons* and *Mr. Harry T. Riley* for the appellant.

*Mr. Fritz V. Briesen* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is a companion interference to the triparty interference including the party Golde, No. 1085, just decided, *ante,* 230, and relates to the same invention.

Here, as in the other case, Elsom was called upon to show cause why judgment of priority should not be entered against him on the record, and, as there, he moved to dissolve on the ground of the nonpatentability of the issue. The motion was denied and judgment of priority rendered against him on the record.

The appeal is, in effect, from a ruling holding the count in issue patentable. It is fully disposed of by our opinion in the companion case.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                    *Affirmed.*

Mr. Chief Justice COVINGTON, of the supreme court of the District of Columbia, sat with the court in the hearing and determination of this appeal, in the place of Mr. Chief Justice SHEPARD.